JAMES R. PHILIPS, Appellant, *v.* MARTHA B. PHILIPS, Individually and as Executrix of F. STANHOPE PHILIPS, Deceased, et al., Respondents.

*Philips* v. *Philips*, 77 App. Div. 113, affirmed.
(Argued October 18, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1902, affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*George M. Curtis* for appellant.

*William J. Curtis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.